71,075-03

Derek Wayne Montez #1434316
Allred Unit
2101 FM 369 N.
Iowa Park, Texas 76367

December 18, 2015

Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

RE: MONTEZ, DEREK WAYNE
Tr. Ct. No. W-18139-C-2
WR-71,075-03

Dear Mr. Acosta:

I, Derek Wayne Montez am the Pro Se Applicant in the above cause number. I filed a Supplement Brief In Support Of Subsequent Application For Writ of Habeas Corpus pursuant to Rules of Appellate Procedure 73.4(4) with a CERTIFICATE OF SERVICE dated the 17TH day of July, 2015 to the parties listed below:

Jo Carter
District Clerk - Randall County
2309 Russell Long Blvd. Ste. 110
Canyon, Texas 79015

James Farren
Randall County Criminal District Attorney
2309 Russell Long Blvd. Ste. 120
Canyon, Texas 79015

Abel Acosta - Clerk
Court of Criminal Appeals Of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

I never recieved a certified copy from the Court of Criminal Appeals of Texas of my Supplement Brief In Support of Subsequent Application For Writ of Habeas Corpus. For my personal records please send me a copy of the "date" my Supplement Brief In Support of Subsequent Application For Writ of Habeas Corpus was filed and recieved in the Court of Criminal Appeals.

Thank you for your attention to this matter.

Sincerely,
Derek Montez